**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By Andrew C. Thomson, Deputy (Bar # 149057)**
**County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California 93301**
**Telephone: (661) 868-3800**
**Facsimile: (661) 868-3805**

**Attorney for Defendants,**
**County of Kern, Office of the Kern County District Attorney, Kern County District Attorney Edward R. Jagels, Stephen Tauzer (deceased), Estate of Stephen Tauzer, Victoria Sharp**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE A. BOYLE, NORALEE BOYLE, DEAN J. MILLER, VICTOR VEVEA, ALENA VEVEA, RAMONA GUILLEN, MIRIAM RUIZ, LAW OFFICES OF GEORGE A. BOYLE, GIACHINO FAMILY ENTERPRISES,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, CITY OF BAKERSFIELD, OFFICE OF THE KERN COUNTY DISTRICT ATTORNEY, BAKERSFIELD POLICE DEPARTMENT, BAKERSFIELD CITY MANAGER ALAN TANDY, BAKERSFIELD POLICE CHIEF ERIC MATLOCK, KERN COUNTY DISTRICT ATTORNEY EDWARD R. JAGELS, STEPHEN TAUZER (deceased), ESTATE OF STEPHEN TAUZER, VICTORIA SHARP, SCOTT TUNNICLIFFE, RALPH WYATT, Does 1 - 1,000,<br><br>Defendants. | **CASE NO. CIV-F-03-5162 OWW LJO**<br><br>**STIPULATION DISMISSING ALL DEFENDANTS FROM ALL CAUSES OF ACTION BY PLAINTIFF DEAN J. MILLER; ORDER** |

COME NOW, all Defendants and Plaintiff Dean J. Miller and stipulate to the dismissal of plaintiff Dean J. Miller's complaint, and all causes of action therein, with prejudice, as to

all defendants, including but not limited to County of Kern, City of Bakersfield, Office of the Kern County District Attorney, Bakersfield Police Department, Bakersfield City Manager Alan Tandy, Bakersfield Police Chief Eric Matlock, Kern County District Attorney Edward R. Jagels, Stephen Tauzer (Deceased), Estate of Stephen Tauzer, Victoria Sharp, Scott Tunnicliffe and Ralph Wyatt;

Plaintiff Dean J. Miller and Defendants County of Kern, City of Bakersfield, Office of the Kern County District Attorney, Bakersfield Police Department, Bakersfield City Manager Alan Tandy, Bakersfield Police Chief Eric Matlock, Kern County District Attorney Edward R. Jagels, Stephen Tauzer (Deceased), Estate of Stephen Tauzer, Victoria Sharp, Scott Tunnicliffe and Ralph Wyatt individually and mutually stipulate that the parties to this dismissal will each bear his/her/its own costs and attorney's fees in this litigation with respect to the prosecution of this litigation by Plaintiff Dean J. Miller against each defendant. This agreement for Dean J. Miller and each and every defendant to bear his/her/its respective costs of defense is applicable as to the complaint filed by Plaintiff Dean J. Miller only, and does not apply to the complaint of any other plaintiff in this action.

It is further agreed and stipulated that this dismissal and waiver of costs from Plaintiff Dean J. Miller will in no manner prejudice any defendant[s] from pursuing costs, attorneys fees and any and all available causes of action against the remaining plaintiffs for their alleged wrongful and malicious prosecution of this civil action against these defendants.

This stipulation is not binding on any other plaintiff in this matter.

Dated: July 27, 2005

B.C. BARMANN, SR., COUNTY COUNSEL

By /s/ Andrew C. Thomson

Andrew C. Thomson, Deputy
Attorney for Defendants,
County of Kern, Office of the Kern County District Attorney, Kern County District Attorney Edward R. Jagels, Stephen Tauzer (deceased), Estate of Stephen Tauzer, and Victoria Sharp

Dated: July 26, 2005

VIRGINIA GENNERRO, CITY ATTORNEY

By /s/ Robert M. Sherfy
Robert Sherfy, Assistant City Attorney
Attorney for Defendants,
City of Bakersfield, Bakersfield Police Department, Bakersfield City Manager Alan Tandy, Bakersfield Police Chief Eric Matlock, Scott Tunnicliffe and Ralph Wyatt

Dated: July 26, 2005

DEAN J. MILLER, ESQ.

By /s/ Dean J. Miller
Dean J. Miller, Miller & Jackson

**ORDER**

Good cause appearing consistent with the above stipulation of the parties, the complaint and action of plaintiff Dean J. Miller is dismissed with prejudice as to all defendants including the County of Kern, City of Bakersfield, Office of the Kern County District Attorney, Bakersfield Police Department, Bakersfield City Manager Alan Tandy, Bakersfield Police Chief Eric Matlock, Kern County District Attorney Edward R. Jagels, Stephen Tauzer (Deceased), Estate of Stephen Tauzer, Victoria Sharp, Scott Tunnicliffe and Ralph Wyatt. Each side to bear its own costs.

DATED: __August 2______, 2005

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
United States District Court Judge