**The Law Offices Of
Young Wooldridge, LLP**
1800 30th Street, Fourth Floor
Bakersfield, CA 93301
(661) 327-9661

LARRY R. COX, ESQ., SBN: 90926
Attorneys for Defendant Estate of Stephen Tauzer

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF STEPHEN TAUZER,<br><br>                              Defendant<br>vs.<br>GEORGE A. BOYLE, et al.,<br><br>                              Plaintiffs | 1:03-cv-05162-OWW-GSA<br><br>**ORDER AFTER HEARING ON MOTION TO LIFT STAY AND MOTION TO DISMISS THE ESTATE OF STEPHEN TAUZER** |

   This matter is before the Court on the Motion by the Estate of Stephen Tauzer to Lift Stay and the concurrent Motion to Dismiss the Estate of Stephen Tauzer as a defendant. Larry R. Cox of The Law Offices of Young Wooldridge on behalf of the personal representative of the Estate of Stephen Tauzer, the moving party, appeared. Attorney Andrew Thompson of the Kern County Counsel also appeared in support of the motion. No one appeared in opposition. The Court granted the motions and has since issued a memorandum opinion granting both motions.

   Accordingly, good cause appearing therefore.

   (A)   The Estate's request for judicial notice is granted in part and denied in part;

   (B)   The Estate's motion to lift stay is granted for the sole purpose of filing, hearing, and ruling on the Estate's motion to dismiss. The stay shall otherwise remain in effect for all other purposes;

(C)     The Estate's motion to dismiss is granted, with prejudice, and the Estate of Stephen Tauzer is dismissed as a party from this lawsuit; and

(D)     The Court affirms its memorandum opinion granting these motions and incorporates by reference the findings therein.

IT IS SO ORDERED.

Date:  February 11, 2008

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

---

Order After Hearing On Motion To Lift Stay And Motion To Dismiss The Estate Of Stephen Tauzer

2

PDF created with pdfFactory trial version www.pdffactory.com