# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. BOYLE, et al., | 1:03-cv-05162  GSA |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| COUNTY OF KERN, et al., | |
| Defendants. | |

Following a status conference of October 6, 2011, the Court issued an order on October 11, 2011, requiring Plaintiffs' counsel, *inter alia*, to (1) file an amended form regarding consent to magistrate jurisdiction, and (2) to file dismissal documents regarding named Plaintiff Giachino Family Enterprises.  Plaintiffs' counsel was to complete these tasks on October 21, 2011 and November 10, 2011, respectively.  (*See* Doc. 91.)

To date, neither an amended consent form nor dismissal documents have been filed as requested.  Accordingly, **within five (5) days of the date of this order**, Plaintiffs shall file an amended consent form, as specifically outlined at page four of this Court's October 11 order, as well as dismissal documents regarding Giachino Family Enterprises.  Alternatively, counsel for

1

Plaintiffs shall show cause why monetary sanctions should not be imposed for a failure to follow the Court's order.

IT IS SO ORDERED.

Dated: **March 12, 2012**              /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE