**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. BOYLE, et al., ) | 1:03-cv-05162  GSA |
| ) | |
| Plaintiffs, ) | **ORDER DISCHARGING ORDER TO** |
| ) | **SHOW CAUSE** |
| v. ) | |
| ) | **ORDER DIRECTING CLERK OF THE** |
| COUNTY OF KERN, et al., ) | **COURT TO ASSIGN A DISTRICT** |
| ) | **JUDGE TO THIS ACTION** |
| Defendants. ) | |
| ) | |
| _____ ) | |

On March 12, 2012, this Court issued an Order to Show Cause requiring Plaintiffs' counsel to (1) file an amended form regarding consent to magistrate jurisdiction, and (2) to file dismissal documents regarding named Plaintiff Giachino Family Enterprises as he had been previously ordered to do.  Counsel was to complete both tasks no later than March 19, 2012.  (*See* Doc. 99.)

A stipulation of dismissal wherein all claims by Plaintiff Giachino Family Enterprises were dismissed as to all Defendants, with prejudice, was filed with this Court on March 15, 2012.  (Doc. 100.)  Therefore, Plaintiffs' counsel has complied with one of the two directives set out in the Order to Show Cause.

1

1  Nevertheless, as of March 19, 2012, the deadline for total compliance, Plaintiffs' counsel
2 has failed to file an amended or corrected consent form.  Therefore, this Court construes that
3 failure to be a decline to magistrate jurisdiction.
4  Accordingly, the Clerk of the Court is directed to randomly assign a district judge to this
5 action.

8  IT IS SO ORDERED.
9  Dated:   __March 20, 2012__          _____/s/ Gary S. Austin_____
                                         UNITED STATES MAGISTRATE JUDGE

2