Michael G. Marderosian, No. 077296
Michael E. Lehman, No. 133523
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, BAKERSFIELD CITY MANAGER ALAN TANDY, BAKERSFIELD POLICE CHIEF ERIC MATLOCK, SCOTT TUNNICLIFFE AND RALPH WYATT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GEORGE A. BOYLE, et al., | Case No. 1:03-CV-5162 AWI GSA |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL BY PLAINTIFF GIACHINO FAMILY ENTERPRISES, ONLY, OF ALL CLAIMS AND ORDER THEREON** |
| v. | |
| COUNTY OF KERN, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that all claims by plaintiff GIACHINO FAMILY ENTERPRISES, only, be dismissed as to all defendants in this action with prejudice.

Dated: March 20, 2012                    THERESA A. GOLDNER, COUNTY COUNSEL


                                         By:   /s/ Andrew C. Thomson
                                               Andrew C. Thomson,
                                               Deputy Attorney for COUNTY
                                               DEFENDANTS, County of Kern, Office of
                                               the Kern County District Attorney, Kern
                                               County District Attorney Edward R. Jagels
                                               and Victoria Sharp

Dated:  March 20, 2012            MARDEROSIAN, RUNYON,
                                  CERCONE & LEHMAN


                                  By:    /s/ Michael E. Lehman
                                       Michael E. Lehman, Attorney for CITY
                                       DEFENDANTS, City of Bakersfield,
                                       Bakersfield Police Department, Bakersfield
                                       City Manager Alan Tandy, Bakersfield
                                       Police Chief Eric Matlock, Scott Tunnicliffe
                                       and Ralph Wyatt

Dated:  March 20, 2012            LAW OFFICES OF GEORGE A. BOYLE


                                  By:    /s/ George A. Boyle
                                       George A. Boyle,
                                       Attorney for PLAINTIFFS, George A.
                                       Boyle, Noralee Boyle, Victor Vevea, Alena
                                       Vevea, Ramona Guillen, Miriam Ruiz, Law
                                       Offices of George A. Boyle, Giachino
                                       Family Enterprises


**ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

IT IS HEREBY ORDERED that all claims by plaintiff GIACHINO FAMILY ENTERPRISES, only, be dismissed with prejudice as to all defendants.

IT IS SO ORDERED.

Dated:   March 20, 2012                    _____
                                           CHIEF UNITED STATES DISTRICT JUDGE