1 | THERESA A. GOLDNER, COUNTY COUNSEL
  | COUNTY OF KERN, STATE OF CALIFORNIA
2 | By Andrew C. Thomson, Deputy (Bar # 149057)
  | County Administrative Center
3 | 1115 Truxtun Avenue, Fourth Floor
  | Bakersfield, California  93301
4 | Telephone:  (661) 868-3800
  | Facsimile:  (661) 868-3805
5 |
6 | Attorney for Defendants, County of Kern,
  | Office of the Kern County District Attorney,
  | Kern County District Attorney Edward R. Jagels,
7 | Stephen Tauzer (deceased), Estate of
  | Stephen Tauzer, Victoria Sharp
8 |

9 | UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11 |

12 | GEORGE A. BOYLE, NORALEE BOYLE, | CASE NO.  1:03-cv-05162 AWI GSA
   | DEAN J. MILLER, VICTOR VEVEA, |
13 | ALENA VEVEA, RAMONA GUILLEN, | STIPULATION TO DISMISS THE ENTIRE
   | MIRIAM RUIZ, LAW OFFICES OF | CASE, WITH PREJUDICE, INCLUDING
14 | GEORGE A. BOYLE, GIACHINO FAMILY | ALL CLAIMS OF ALL REMAINING
   | ENTERPRISES, | PLAINTIFFS AS TO ALL REMAINING
15 |                         Plaintiffs, | DEFENDANTS;  ORDER
   |         v. |
16 | | [F.R.C.P. 41]
   | COUNTY OF KERN, CITY OF |
17 | BAKERSFIELD, OFFICE OF THE KERN |
   | COUNTY DISTRICT ATTORNEY, |
18 | BAKERSFIELD POLICE DEPARTMENT, |
   | BAKERSFIELD CITY MANAGER ALAN |
19 | TANDY, BAKERSFIELD POLICE CHIEF |
   | ERIC MATLOCK, KERN COUNTY |
20 | DISTRICT ATTORNEY EDWARD R. |
   | JAGELS, STEPHEN TAUZER (deceased), |
21 | ESTATE OF STEPHEN TAUZER, |
   | VICTORIA SHARP, SCOTT TUNNICLIFFE, |
22 | RALPH WYATT, Does 1 - 1,000, |
23 |                         Defendants. |
24 |

25 |     **COME NOW**, the Parties herein, and appear by and through their respective counsel of

26 | record, as follows:

27 |         1.      Attorney George A. Boyle of the Law Offices of George A. Boyle, represents himself,

28 | Noralee Boyle, Victor Vevea, Alena Vevea, Ramona Guillen, Miriam Ruiz, and the Law Offices of

1   George A. Boyle;

2       2.      Attorney Michael G. Marderosian of Maderosian, Runyon, Cercone & Lehman

3   represents City of Bakersfield, Bakersfield Police Department, Bakersfield City Manager Alan Tandy,

4   Bakersfield Police Chief Eric Matlock, Scott Tunnicliffe and Ralph Wyatt; and,

5       3.      Deputy County Counsel Andrew C. Thomson of the Office of Kern County Counsel

6   represents County of Kern, Office of the Kern County District Attorney, Kern County District

7   Attorney Edward R. Jagels and Victoria Sharp.

8       **THEREFORE:**

9       The Parties represent, as follows:

10      1.      All claims of Plaintiffs Dean J. Miller and Giachino Family Enterprises have been

11  previously dismissed;

12      2.      All claims against Defendants Stephen Tauzer (deceased), Estate of Stephen Tauzer

13  have been previously dismissed; and,

14      3.      On August 6, 2012, in correspondence to opposing counsel, Attorney George A. Boyle

15  represented that he "*represent[s] all remaining plaintiffs in the matter of Boyle VS. (sic) County of*

16  *kern (sic) et al.*"  In the August 6, 2012 correspondence, Attorney George A. Boyle also represented

17  that he "*has the authority to dismiss this entire case against all defendants in exchange for a waiver*

18  *of costs and attorney's fees from each and every defendant and their attorney. In other words, in*

19  *exchange for said dismissal of the entire action, no plaintiff will incur any liability as to any*

20  *defendant or cause of action*."  (A true and correct copy of the August 6, 2012 letter is attached hereto

21  as Exhibit "A" for reference and as evidence of the Parties intent to dismiss the entire case.); and,

22      4.      It is the desire of all remaining Plaintiffs and Defendants to settle this entire case for

23  a dismissal with prejudice by all Plaintiffs in exchange for a waiver of all costs and fees, including

24  attorney's fees, by all Defendants.

25      **THEREFORE:**

26      The parties, and each of them through their respective counsel, agree and stipulate to settle

27  the entire case, as follows:

28      1.      This matter, *George A. Boyle et al. v. County of Kern et al.*, USDC Eastern District

---

1    Case No. 1:03-cv-05162 AWI GSA, is dismissed, in its entirety, with prejudice;

2         2.    Each party shall bear his/her/its own costs and attorneys fees; and

3         3.    The parties herein agree that this stipulation may be signed in counterparts.

4

5                                            LAW OFFICES OF GEORGE A. BOYLE

6

7
     Dated: August 8, 2012               By:  /s/ George   A. Boyle
8                                              George A. Boyle
                                               Attorneys for Plaintiffs George A. Boyle,
9                                              Noralee  Boyle, Victor Vevea, Alena Vevea,
                                               Ramona  Guillen, Miriam Ruiz, and the
10                                             Law Offices of  George A. Boyle

11

12

13                                          MARDEROSIAN, RUNYON, CERCONE & LEHMAN

14

15
     Dated: August 7, 2012               By: /s/ Michael G. Marderosian
16                                            Michael G. Marderosian
                                              Attorney for Defendants City of Bakersfield,
17                                            Bakersfield Police Department, Bakersfield City
                                              Manager Alan Tandy, Bakersfield Police Chief
18                                            Eric Matlock, Scott Tunnicliffe and Ralph Wyatt

19

20

21                                          THERESA A. GOLDNER, COUNTY COUNSEL

22

23
     Dated: August 9, 2012               By: /s/ Andrew C. Thomson
24                                            Andrew C. Thomson, Deputy
                                              Attorneys for Defendants, County of Kern, Office
25                                            of the Kern, County District Attorney, Kern
                                              County District Attorney Edward R. Jagels and
26                                            Victoria Sharp

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**ORDER**</u>

**THE COURT** having been advised by counsel for the parties that the above-entitled action has settled, and good cause appearing therefore;

**IT IS ORDERED** that this action is hereby dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   <u>August 10, 2012</u>

CHIEF UNITED STATES DISTRICT JUDGE